# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Thomas Walker,

    Plaintiff(s),　　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　　3:06-cv-454-1

Captain Webster, et al,

    Defendant(s).


DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 12/5/06 Order.

                                    Signed: December 5, 2006

                                    Frank G. Johns, Clerk
                                    United States District Court